

# United States District Court
# Eastern District of California

| | |
|---|---|
| Flor Jimenez, et al. | Case Number: 2:23-cv-03039-DC-JDP |
| Plaintiff(s) | |
| V. | |
| Inter-Continental Hotels Corporation, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ronald Balfour hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Inter-Continental Hotels Corporation

On 05/10/2012 (date), I was admitted to practice and presently in good standing in the Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/15/2025      Signature of Applicant: /s/ Ronald Balfour

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ronald Balfour |
| Law Firm Name: | Amundsen Davis LLC |
| Address: | 150 N. Michicagan Ave. |
| | Suite 3300 |
| City: | Chicago   State: IL   Zip: 60601 |
| Phone Number w/Area Code: | (312) 894-3200 |
| City and State of Residence: | Deerfield, Illinois |
| Primary E-mail Address: | rbalfour@amundsendavislaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Nicholas Marfori |
| Law Firm Name: | Ogletree Deakins |
| Address: | 400 South Hope Street |
| | Suite 1200 |
| City: | Los Angeles   State: CA   Zip: 90071 |
| Phone Number w/Area Code: | (213) 239-9800   Bar # 311765 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 17, 2025

Dena Coggins
United States District Judge