

# United States District Court
# Eastern District of California

| | |
|---|---|
| Flor Jimenez, et al. | Case Number: 2:23-cv-03039-DC-JDP |
| Plaintiff(s) | |
| V. | |
| Inter-Continental Hotels Corporation, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric Samore hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Inter-Continental Hotels Corporation

On 11/05/1981 (date), I was admitted to practice and presently in good standing in the Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/15/2025         Signature of Applicant: /s/ Eric Samore

**Pro Hac Vice Attorney**

Applicant's Name: Eric Samore
Law Firm Name: Amundsen Davis LLC
Address: 150 N. Michicagan Ave.
Suite 3300
City: Chicago  State: IL  Zip: 60601
Phone Number w/Area Code: (312) 894-3200
City and State of Residence: River Forest, IL
Primary E-mail Address: esamore@amundsendavislaw.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicholas Marfori
Law Firm Name: Ogletree Deakins
Address: 400 South Hope Street
Suite 1200
City: Los Angeles  State: CA  Zip: 90071
Phone Number w/Area Code: (213) 239-9800  Bar #: 311765

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 17, 2025

Dena Coggins
United States District Judge